UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-cr-77 DWF

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) **INFORMATION** |
| | ) |
| v. | ) (18 U.S.C. § 1001) |
| | ) |
| ABDUL RAHEEM HABIL ALI-SKELTON, | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
(False Statement)

On or about July 16, 2015, in the State and District of Minnesota, in a matter within the jurisdiction of the Federal Bureau of Investigation ("FBI"), an agency of the United States, and in an offense involving international terrorism,

**ABDUL RAHEEM HABIL ALI-SKELTON,**

did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation to agents of the FBI, in violation of Title 18, United States Code, Section 1001(a)(2), that is, the defendant stated that his last contact with Syria-based members of the designated foreign terrorist organization the Islamic State of Iraq and the Levant ("ISIL") was in May or early June 2015, when in fact the defendant well knew that he had

SCANNED
MAR 2 3 2016
U.S. DISTRICT COURT ST. PAUL

been communicating with such individuals as recently as July 4, 2015.

Dated: March 22, 2016

                                          ANDREW M. LUGER
                                          United States Attorney

                                          BY: CHARLES J. KOVATS, JR.
                                          Assistant U.S. Attorney