UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-77 (DWF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   **GOVERNMENT'S RESPONSE**<br>)   **TO DEFENDANT'S MOTION**<br>)   **FOR DISCOVERY** |
| ABDUL RAHEEM ALI-SKELTON, | )<br>) |
| Defendant. | ) |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Charles J. Kovats, Jr., Assistant United States Attorney, hereby files a Response to Defendant's Motion for Discovery.

The Government has reviewed the Defendant's Motion for Discovery found at Docket Number 30. The Government does not object Defendant's Motion for Discovery as set forth in those papers.

## **CONCLUSION**

Accordingly, for the foregoing reasons, the Government does not oppose Defendant's Motion for Discovery.

Dated: December 28, 2016    ANDREW M. LUGER
                            United States Attorney

                            s/ Charles J. Kovats, Jr.

                            BY: CHARLES J. KOVATS, JR.
                            Assistant U.S. Attorney