# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | )
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Abdul Raheem Habil Ali-Skelton, | ) |
| Defendant. | ) |

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | CR 16-77  DWF |
| Date: | January 10, 2017 |
| Court Reporter: | Jeanne Anderson |
| Courthouse: | St. Paul |
| Courtroom: | 7C |
| Time Commenced: | 1:34 PM |
| Time Concluded: | 2:48 PM |
| Sealed Hearing Time: | |
| Time in Court: | 1 Hour & 14 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:   Charles Kovats, Jr.
   For Defendant:   Robert Richman  ☒ CJA

☒ **Sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 38 months | | 3 years | | |

☒ Special conditions of :

**See J&C for special conditions**

☒ Defendant sentenced to pay:
   ☐ Fine in the amount of $.
   ☐ Restitution in the amount of $.
   ☐ Costs of prosecution in the amount of $ to be paid .
   ☒ Special assessment in the amount of $100.00.

☒ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☐ Execution of sentence of imprisonment suspended until.
☐ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☐ On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
☐ Motion for departure is   ☐ granted     ☐ denied.
☒ Defendant remanded to the custody of the U.S. Marshal.

☒ Docket nos.: 32 and 35 shall remain sealed until January 10, 2027.

s/B. Schaffer  
Courtroom Deputy
