Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Abdul Raheem Habil Ali-Skelton

Docket No. 0864 0:16CR00077-001(DWF)

Petition on Supervised Release

COMES NOW **James J. Weinberger**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Abdul Raheem Habil Ali-Skelton** who was sentenced for False Statement on January 10, 2017, by the Honorable Donovan W. Frank, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol; not to enter establishment where alcohol is sold
- Participate in drug/alcohol treatment program
- Attend AA or NA weekly
- Make a good faith effort to obtain and work with an AA or NA sponsor
- Submit to searches
- Computer restrictions
- Financial disclosure
- Psychological/psychiatric counseling/treatment
- Employment required
- Financial disclosure
- Do not possess, view, or access extremist or terroristic materials
- Submit to periodic polygraph testing
- Cooperate with child support officials

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Abdul Raheem Habil Ali-Skelton is scheduled to release from the Bureau of Prisons on September 12, 2018, and has been unable to secure a personal residence. He is working to save money and has been in contact with community resources to secure an appropriate release residence.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

The defendant shall reside for a period of up to 90 days in a residential reentry center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this __31st__ day of __August, 2018__, and ordered filed and made a part of the records in the above case.

s/Donovan W. Frank

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ James Weinberger

James J. Weinberger
Senior U.S. Probation Officer
Telephone: 612-664-5412

Executed on      August 30, 2018
Place            Minneapolis

Approved:

s/ Darren F. Kerns

Darren F. Kerns
Supervising U.S. Probation Officer