Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Abdul Raheem Habil Ali-Skelton

Docket No. 0864 0:16CR00077-001(DWF)

Petition on Supervised Release

COMES NOW **Brian S. James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Abdul Raheem Habil Ali-Skelton** who was sentenced for False Statement on January 10, 2017, by the Honorable Donovan W. Frank, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol; not to enter establishment where alcohol is sold
- Participate in drug/alcohol treatment program
- Attend AA or NA weekly
- Make a good faith effort to obtain and work with an AA or NA sponsor
- Submit to searches
- Computer restrictions
- Financial disclosure
- Psychological/psychiatric counseling/treatment
- Employment required
- Financial disclosure
- Do not possess, view, or access extremist or terroristic materials
- Submit to periodic polygraph testing
- Cooperate with child support officials
- Up to 90 days in a residential reentry center (modification August 21, 2018)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On August 28, 2020, the defendant was reported in a Des Moines, Iowa, Police Report to be intoxicated. On August 31, 2020, the defendant admitted that he had used alcohol on August 28, 2020.

On August 19, 2020, the defendant admitted that he had used alcohol 5-10 times since his release from prison. This conduct included his most recent use reported in June of 2020. It should be noted that this admittance followed a polygraph examination.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

    The defendant shall participate in a remote alcohol monitoring program for a period of 60 days.

    The defendant will submit tests in accordance with a set schedule as directed by probation for the purposes of alcohol testing.

    The defendant shall not be required to pay the costs of location monitoring.

ORDER OF THE COURT

Considered and ordered this __4th__ day of __September 2020__, and ordered filed and made a part of the records in the above case.

   s/Donovan W. Frank
Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Brian James
Brian S. James
U.S. Probation Officer
Telephone: 612-664-5364

Executed on   September 3, 2020
Place         Minneapolis

Approved:

s/ Odell Wilson III
Odell Wilson III
Supervising U.S. Probation Officer